**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-6484**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERT PETER RUSSELL,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:91-cr-00056-LMB-1)

———————————

Submitted:  February 26, 2026                           Decided:  April 7, 2026

———————————

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert Peter Russell, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Peter Russell appeals the district court's order denying his Fed. R. Crim. P. 33 motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Russell*, No. 1:91-cr-00056-LMB-1 (E.D. Va. filed May 27, 2025, & entered May 28, 2025). We deny as moot Russell's motion for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*